1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    SHANE HUMPHREY,                          Case No. 1:20-cv-00507-SAB (PC)

10             Plaintiff,                     ORDER STRIKING COMPLAINT AND
                                              REQUIREING PLAINTIFF TO SUBMIT
11        v.                                  APPLICATION TO PROCEED IN FORMA
                                              PAUPERIS OR PAY FILING FEE
12   MAURICE HOWARD,
                                              (ECF No. 1)
13             Defendant.

14

15          Shane Humphrey ("Plaintiff ") is a state prisoner proceeding pro se in a civil rights action

16   pursuant to 42 U.S.C. § 1983.  On April 9, 2020, Plaintiff filed an unsigned complaint in this

17   matter.  Further, Plaintiff did not pay the $400.00 filing fee, or submitted an application to

18   proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

19          Unsigned documents cannot be considered by the Court, and Plaintiff's complaint shall be

20   stricken from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).  To proceed in

21   this action, Plaintiff is required to either pay the filing fee or file an application demonstrating that

22   he is entitled to proceed without the prepayment of fees.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.      Within **thirty (30) days** of the date of service of this order, Plaintiff shall file

25   signed complaint; and

26          2.      Within **forty-five (45) days** of the date of service of this order, Plaintiff shall

27   submit the attached application to proceed in forma pauperis, completed and signed, or in the

28   alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted**

                                                      1

**without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  __**April 9, 2020**__

_____

UNITED STATES MAGISTRATE JUDGE