**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANE HUMPHREY,<br><br>              Plaintiff,<br><br>       v.<br><br>MAURICE HOWARD, *et al.*,<br><br>              Defendants. | Case No.: 1:20-cv-00507-SAB (PC)<br><br>ORDER FOR PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION FOR SERVICE OF DEFENDANT JOHN DOE IN ORDER TO EFFECTUATE SERVICE OF THE SUMMONS AND COMPLAINT<br><br>[ECF No. 17] |

Plaintiff Shane Humphrey is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 16, 2020, the Court found that service of Plaintiff's first amended complaint was appropriate as to Defendants Maurice Howard and John Doe (Facility Chaplain Rabbi at Kern Valley State Prison for violation of the First Amendment right to free exercise of religion. (ECF No. 14.) On July 20, 2020, pursuant to the E-Service pilot program for civil rights cases in the Eastern District of California, the California Department of Corrections and Rehabilitation returned a notice of intent to not waive personal service on Defendant John Doe because KVSP does not have a Rabbi. (ECF No. 17.) As stated in the Court's June 16, 2020 order, service cannot be forwarded to the United States Marshal on a Doe Defendant without additional identifying information. (ECF No. 14.) Accordingly, more information is needed to identify and serve this Defendant.

///

///

1

At this juncture, CDCR cannot identify the John Doe Defendant, and the Court cannot order the United States Marshal's office to serve Defendant John Doe without further identifying information. Accordingly, Plaintiff will be provided with an opportunity to provide additional information, if currently available, to assist in identifying and serving the John Doe Defendant.

Accordingly, based on the foregoing, it is HEREBY ORDERED that within thirty (30) days from the date of service of this order, Plaintiff shall provide additional information to assist in identifying the John Doe Defendant, if available.

IT IS SO ORDERED.

Dated:   **July 21, 2020**

UNITED STATES MAGISTRATE JUDGE