# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE HUMPHREY,<br><br>             Plaintiff,<br><br>      v.<br><br>HOWARD, *et al.*,<br><br>             Defendants. | Case No.  1:20-cv-00507-NONE-SAB (PC)<br><br>ORDER REQUIRING **REMOTE** APPEARANCES AT SETTLEMENT CONFERENCE<br><br>**Date:  November 12, 2020**<br>**Time:  9:30 a.m.** |

A settlement conference in this matter is currently scheduled on November 12, 2020, at 9:30 a.m. before the undersigned.  In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely** via Zoom.

Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the Zoom contact information.

IT IS SO ORDERED.

Dated:  **October 2, 2020**              /s/ *Barbara A. McAuliffe*            
                                                                UNITED STATES MAGISTRATE JUDGE

1