UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE HUMPHREY,<br><br>   Plaintiff,<br><br>   v.<br><br>MAURICE HOWARD, *et al.*,<br><br>   Defendants. | Case No.: 1:20-cv-00507-NONE-SAB (PC)<br><br>ORDER **VACATING** WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF, SHANE HUMPHREY ON NOVEMBER 12, 2020<br><br>(ECF No. 23 |

Plaintiff Shane Humphrey is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 19, 2020, the Court vacated the November 12, 2020 settlement conference scheduled in this case. Accordingly, the writ of habeas corpus ad testificandum is HEREBY VACATED. The Clerk of Court shall serve a copy of this order on the Litigation Coordinator at Kern Valley State Prison.

IT IS SO ORDERED.

Dated:  **October 20, 2020**

UNITED STATES MAGISTRATE JUDGE

1